THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY HEIMOWITZ, Now Known as HENRY HYMES, Appellant.

Submitted April 18, 1955; decided April 21, 1955.

*Edward T. Boyle* for motion.

*Joseph F. Gagliardi, District Attorney (Warren J. Schneider* of counsel), for the People of the State of New York.

Motion granted and case set down for argument during the May, 1955, session of the Court of Appeals.